| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Abbas Kazerounian, Esq. (249203)<br>Mona Amini, Esq. (296829)<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Telephone: 800-400-6808<br>Facsimile:  800-520-5523 | |
| ATTORNEY(S) FOR:  Plaintiff JANE DOE | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated<br><br>Plaintiff(s),<br>v.<br>WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Serverstack, Inc., Digital Ocean Holdings, Inc.; and Digital Ocean, LLC f/k/a/ Digital Ocean, Inc.; STEPHANE MICHAEL PACAUD; DEBORAH MALORIE PACAUD<br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff JANE DOE_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JANE DOE | Plaintiff |
| WebGroup Czech Republic, as<br>WGCZ Holding, as<br>WGCZ Limited, sro<br>NKL Associates sro<br>Traffic F, sro<br>GTFlix TV, sro<br>FTCP, sro<br>VS Media, Inc.<br>HC Media, sro<br>HC Multimedia LLC<br>FBP Media sro<br>Serverstack, Inc.<br>Digital Ocean Holdings, Inc.<br>Digital Ocean, LLC f/k/a/ Digital Ocean, Inc.<br>STEPHANE MICHAEL PACAUD<br>DEBORAH MALORIE PACAUD | Defendants |

| March 18, 2021 | s/ Abbas Kazerounian |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff JANE DOE