Name and address:
SEYED ABBAS KAZEROUNIAN
245 FISCHER AVENUE, D1
COSTA MESSA, CALIFORNIA 92626

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jane Doe, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-2428 |
| v. | |
| WebGroup Czech Republic, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Kent, Brian D.
*Applicant's Name (Last Name, First Name & Middle Initial)*                check here if federal government attorney ☐

Laffey Bucci Kent LLP
*Firm/Agency Name*

1100 Ludlow Street                (215) 399 - 9255                (215) 841 - 2000
                                  *Telephone Number*             *Fax Number*
Suite 300
*Street Address*

Philadelphia, PA 19107                                bkent@lbk-law.com
*City, State, Zip Code*                                *E-mail Address*

**I have been retained to represent the following parties:**

Jane Doe                           ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____
                                   ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of New Jersey | 02/22/2006 | Yes |
| Supreme Court of Pennsylvania | 12/23/2004 | Yes |
| Supreme Court of New York | 02/20/2019 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

```
I HAVE NOT SUBMITTED ANY PRO HAC VICE APPLICATIONS IN THE PAST THREE YEARS THAT HAVE
BEEN DENIED BY ANY COURT.
```

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  3/25/2021

Brian D. Kent, Esquire
Applicant's Name (please type or print)

Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

KAZEROUNIAN, SEYED ABBAS
*Designee's Name (Last Name, First Name & Middle Initial)*

KAZEROUNI LAW GROUP, APC
*Firm/Agency Name*

245 FISCHER AVENUE, SUITE D1
*Street Address*

COSTA MESA, CALIFORNIA 92626
*City, State, Zip Code*

800-400-6808
*Telephone Number*

800-520-5523
*Fax Number*

AK@KAZLG.COM
*Email Address*

249203
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated March 25, 2021

SEYED ABBAS KAZEROUNIAN
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

I have been admitted to several additional courts, as follows:

Supreme Court of Illinois / Admitted on 12/18/2006 / In Good Standing
United States Court of Appeals, Third Circuit / Admitted on March 22, 2016 / In Good Standing
USDC, Eastern District of Pennsylvania / Admitted on April 11, 2020 / In Good Standing
USDC, Middle District of Pennsylvania / Admitted in 2011 / In Good Standing
USDC, Western District of Pennsylvania / Admitted 07/15/2015 / In Good Standing
USDC, District of New Jersey / Admitted 11/3/2008 / In Good Standing

We have requested Certificates of Good Standing from the above referenced Courts and they will take several days to receive due to those court system's procedures. We will supplement this filing with those Certificates of Good Standing once they are received.