# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, ET AL.<br><br>Plaintiff(s)<br>v.<br><br>WEBGROUP CZECH REPUBLIC, ET AL.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-CV-02428-VAP (SKx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

KENT, BRIAN D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(215) 399 – 9255       (215) 841-8700
*Telephone Number*    *Fax Number*

BKENT@LBK-LAW.COM
*E-Mail Address*

of   LAFFEY BUCCI KENT
     1100 LUDLOW STREET, SUITE 300
     PHILADELPHIA, PA 19107

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

JANE DOE, ET AL.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

KAZEROUNIAN, SEYED ABBAS
*Designee's Name (Last Name, First Name & Middle Initial)*

249203            (800) 400-6808      (800) 520-5523
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

AK@KAZLG.COM
*E-Mail Address*

of   KAZEROUNI LAW GROUP, APC
     245 FISCHER AVENUE, D1
     COSTA MESA, CALIFORNIA 92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: April 26, 2021**

*Virginia A. Phillips*
**U.S. District Judge**