| | |
|---|---|
| ABBAS KZEROUNIAN, SBN 249203<br>ak@kazlg.com<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>KIMBERLY LAMBERT ADAMS<br>(*pro hac vice pending*)<br>kadams@levinlaw.com<br>LEVIN PAPANTONIO RAFFERTY<br>316 S. Bavien Street, Suite 600<br>Pensacola, FL 32502<br>Telephone: (850) 435-7056<br><br>Attorneys for Plaintiff Jane Doe | VICTOR JIH, SBN 186515<br>vjih@wsgr.com<br>LISA ZANG, SBN 294493<br>lzang@wsgr.com<br>AMIT GRESSEL, SBN 307663<br>agressel@wsgr.com<br>REBECCA E. DAVIS, SBN 322765<br>becca.davis@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071-2027<br>Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329<br><br>Attorneys for Defendants ServerStack, Inc., Digital Ocean Holdings, Inc., and Digital Ocean, LLC |

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WebGroup Czech Republic, et. al,<br><br>Defendants. | CASE NO.: 2:21-cv-02428-VAP-SK<br><br>Judge: Hon. Virginia A. Phillips<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS FOR DEFENDANTS SERVERSTACK, DIGITAL OCEAN HOLDINGS, AND DIGITAL OCEAN (L.R. 8-3)**<br><br>Complaint served: May 6, 2021<br>Current response date: May 27, 2021<br>New response date: June 28, 2021 |

Pursuant to L.R. 8-3, Plaintiff Jane Doe ("Plaintiff") and Defendants ServerStack, Inc., Digital Ocean Holdings, Inc., and Digital Ocean, LLC d/b/a Digital Ocean, Inc. (collectively, "Digital Ocean")) (collectively, the "Stipulating Parties"), by and through their respective counsel of record, enter into the following stipulation:

WHEREAS, on May 6, 2021, Digital Ocean was served with the Complaint;

WHEREAS, Digital Ocean's response to the Complaint is currently due on May 27, 2021;

WHEREAS, Plaintiff agrees to extend Digital Ocean's period to answer or otherwise respond to the Complaint by thirty (30) days to June 28, 2021;

WHEREAS, this is the Stipulating Parties' first stipulation for an extension of Digital Ocean's time to answer or otherwise respond to the Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Stipulating Parties through their respective counsel that Digital Ocean's deadline to answer or otherwise respond to the Complaint shall be extended by thirty (30) days to June 28, 2021.

Dated: May 13, 2021                    Respectfully submitted,

By: /s/ Kimberly Lambert Adams

Attorneys for Plaintiff Jane Doe

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, SBN 249203
ak@kazlg.com

LEVIN PAPANTONIO RAFFERTY
Kimberly Lambert Adams (*pro hac vice pending*)
kadams@levinlaw.com

| | | |
|---|---|---|
| 1 | Dated: May 13, 2021 | By: */s/ Victor Jih* |
| 2 | | |
| 3 | | Attorneys for Defendants ServerStack, Inc., Digital Ocean Holdings, Inc., and Digital Ocean, LLC |
| 4 | | |
| 5 | | WILSON SONSINI GOODRICH & ROSATI<br>Victor Jih<br>vjih@wsgr.com |

# ATTESTATION CLAUSE

I, Victor Jih, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 13, 2021                              WILSON SONSINI GOODRICH & ROSATI


                                                 By: */s/ Victor Jih*
                                                        Victor Jih