QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Stephane Michael Pacaud; Deborah Malorie Pacaud

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Serverstack, Inc., Digital Ocean Holdings, Inc.; and Digital Ocean, LLC f/k/a/ Digital Ocean, Inc.; STEPHANE MICHAEL PACAUD; DEBORAH MALORIE PACAUD,<br><br>Defendants. | Case No. 2:21-cv-02428-VAP-SK<br><br>**CORPORATE PARTY DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>Judge: Hon. Virginia A. Phillips<br>Hearing Date: November 1, 2021<br>Hearing Time: 2:00 p.m.<br><br>Complaint Filed: March 18, 2021<br>Trial Date: None Set |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Stephane Michael Pacaud; and Deborah Malorie Pacaud (collectively, "Defendants"), through their undersigned counsel, hereby certify that:

- WebGroup Czech Republic, as does not have a parent corporation.
- WGCZ Holding, as does not have a parent corporation.
- WGCZ Limited, sro is wholly owned by WGCZ Holding, as.
- NKL Associates sro does not have a parent corporation.
- Traffic F, sro does not have a parent corporation.
- GTFlix TV, sro is wholly owned by WGCZ Holding, as.
- FTCP, sro does not have a parent corporation.
- VS Media, Inc. is wholly owned by WorldWeb Services, sro.
- HC Media, sro does not have a parent corporation.
- HC Multimedia LLC is wholly owned by VS Media, Inc.
- FBP Media sro does not have a parent corporation.
- There is no publicly held corporation owning 10 percent or more of any of the above-listed Defendants' stock.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendants, certifies that the following listed parties may have a pecuniary outcome interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- The parties to this action.

| | | |
|---|---|---|
| 1 | DATED: August 23, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By     */s/ Michael E. Williams*
Michael T. Zeller
Michael E. Williams
Diane Cafferata
Attorneys for WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Stephane Michael Pacaud; Deborah Malorie Pacaud