QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Stephane Michael Pacaud; Deborah Malorie Pacaud

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Serverstack, Inc., Digital Ocean Holdings, Inc.; and Digital Ocean, LLC f/k/a/ Digital Ocean, Inc.; Stephane Michael Pacaud; Deborah Malorie Pacaud,<br><br>Defendants. | Case No. 2:21-cv-02428-VAP-SK<br><br>**JOINT STIPULATION FOR PLAINTIFF TO PROCEED UNDER PSEUDONYM**<br><br>Judge: Hon. Virginia A. Phillips<br><br>Complaint Filed: March 18, 2021<br>Trial Date: None Set |

**JOINT STIPULATION FOR PLAINTIFF
TO PROCEED UNDER PSEUDONYM**

The Plaintiff filed her Complaint under pseudonym on March 18, 2021 (Dkt. 1) and her First Amended Complaint under pseudonym on September 13, 2021 (Dkt. 129). In early December of 2021, the Plaintiff's counsel and the Defendants' counsel conferred on multiple occasions regarding the Plaintiff continuing to proceed under pseudonym in this case. Counsel reached an agreement to continue to allow the Plaintiff to proceed under pseudonym in this matter, subject to the terms below and without prejudice to the Defendants' right to seek modification of any aspect of this Stipulation or reconsideration of these issues from the Court if any defendant believes that any of the protections afforded by this Stipulation are no longer necessary or appropriate.

This agreement to proceed under pseudonym only obligates the parties to refrain from filing any item in the public record of the Court using Plaintiff's legal name or Identifying Characteristics. "Identifying Characteristics" for purposes of this Stipulation are the Plaintiff's name or any part of her name, city or area of residence, date of birth (or specific statements from which such could be calculated), marital status, race or ethnic background, telephone number, email address, social media profiles, online identifiers, contact information, and medical record numbers.

Subject to the Court's approval of this Stipulation, the parties shall file any document containing Plaintiff's legal name or Identifying Characteristics under seal pursuant to Local Rule 79-5.2.2 and without the need for a separate order from the Court.

This Stipulation does not limit, modify, or restrict the parties' ability to use or disclose Plaintiff's name and Identifying Characteristics in discovery. The extent of the parties' ability to use the Plaintiff's name or Identifying Characteristics in discovery shall be governed by a separate stipulation or order in this case.

1  If the Plaintiff publicly discloses her identity as the Plaintiff in this lawsuit, any
2  party may provide notice that the terms of this stipulation no longer apply and that the
3  parties may disclose Plaintiff's legal name and Identifying Characteristics in public
4  filings, provided, however, if Plaintiff disagrees or believes that the terms of this
5  stipulation should still apply, Plaintiff's counsel shall request to meet and confer with
6  the party providing such notice within 3 days of the notice.  If the parties are unable to
7  reach agreement within 10 days of the notice, Plaintiff shall bring a motion requesting
8  that the Court order that the terms of this stipulation continue to apply notwithstanding
9  any public disclosure of Plaintiff's identity.  Plaintiff's motion shall be brought within
10 17 days of the notice, and the parties shall not disclose Plaintiff's legal name or
11 Identifying Characteristics in any public filing unless and until the Court denies
12 Plaintiff's motion.  If Plaintiff does not bring a motion within 17 days of the notice,
13 any objection raised by Plaintiff as to the disclosure of her legal name and Identifying
14 Characteristics in public filings is waived, and the terms of this stipulation shall no
15 longer apply and the parties may disclose Plaintiff's legal name and Identifying
16 Characteristics in public filings.

DATED: December 28, 2021         THE ZARZAUR LAW FIRM

                                 By */s/ Greg Zarzaur*
                                    Greg Zarzaur
                                    Attorneys for Plaintiff Jane Doe

| | | |
|---|---|---|
| 1 | DATED: December 28, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By */s/ Michael E. Williams*
Michael T. Zeller
Michael E. Williams
Diane Cafferata
Attorneys for WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Stephane Michael Pacaud; Deborah Malorie Pacaud

DATED: December 28, 2021     WILSON SONSINI GOODRICH & ROSATI

By */s/ Brian M. Willen*
Brian M. Willen
Attorneys for Serverstack, Inc., Digital Ocean Holdings, Inc.; and Digital Ocean, LLC f/k/a/ Digital Ocean, Inc.

# **ATTESTATION STATEMENT**

I, Michael E. Williams, the filer of this Joint Stipulation for Plaintiff to Proceed Under Pseudonym, attest pursuant to Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 28, 2021        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael E. Williams*
Michael T. Zeller
Michael E. Williams
Diane Cafferata
Attorneys for WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Stephane Michael Pacaud; Deborah Malorie Pacaud