UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-02428-VAP-SKx | Date | April 8, 2022 |
|---|---|---|---|
| Title | *Jane Doe v. WebGroup Czech Republic, as, et al* | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
|---|---|

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER DISMISSING CASE WITH PREJUDICE (IN CHAMBERS)

On January 13, 2022, the Court dismissed Plaintiff Jane Doe's ("Plaintiff") claims against Defendants WebGroup Czech Republic, as; WGCZ Holding, as; WGCZ Limited, sro; NKL Associates, sro; Traffic F, sro; GTFlix TV, sro; FTCP, sro; VS Media, Inc.; HC Media, sro; HC Multimedia LLC; FBP Media sro; Stephane Michael Pacaud; Deborah Malorie Pacaud; Serverstack, Inc.; Digital Ocean Holdings, Inc.; and Digital Ocean, LLC ("Defendants").  (Dkt. 162).  That Order granted Plaintiff leave to file an amended complaint against the U.S. based Defendants by February 15, 2022.  (*Id.*).  On February 25, 2022, the Court granted Plaintiff leave to file an amended complaint against all other Defendants. (Dkt. 168).  To date, Plaintiff has failed to file an amended complaint in this Court.

Plaintiff's failure to file an amended complaint is grounds for the case to be dismissed with prejudice.  Although Plaintiff has filed a Notice of Appeal to the 9th Circuit Court of Appeals regarding the dismissed claims, this Court must still make a final determination on the matter.  *See, e.g.*, WMX Techs., Inc. v. Miller, 104 F.3d 1133, 1136 (9th Cir. 1997) (explaining that a district court determination

must be obtained if a plaintiff files a notice of appeal in lieu of filing an amended complaint).  Accordingly, the Court dismisses this action with prejudice.

    **IT IS SO ORDERED.**