JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe,<br><br>            Plaintiff,<br><br>      v.<br><br>WebGroup Czech Republic, as, et al<br><br>            Defendants. | Case No. 2:21-cv-02428-VAP-SKx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order dismissing the case, IT IS ORDERED AND ADJUDGED that the action, *Jane Doe v. WebGroup Czech Republic, as, et al,* 2:21-cv-02428-VAP-SKx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    4/8/22

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge