**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
dianecafferata@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants WebGroup Czech Republic, a.s.; WGCZ Holding, a.s.; WGCZ Limited, s.r.o.; NKL Associates s.r.o.; Traffic F, s.r.o.; GTFlix TV, s.r.o.; FTCP, s.r.o.; HC Media, s.r.o.; FBP Media s.r.o.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>     v.<br><br>WEBGROUP CZECH REPUBLIC, A.S., *et al.*,<br><br>             Defendants. | Case No. 2:21-cv-02428 SPG(SKx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12(b)(6)**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Hearing Date: October 16, 2024<br>Hearing Time: 1:30 p.m.<br><br>*Concurrently filed with [Proposed] Order and Notice of Motion and Motion to Dismiss*<br><br>Complaint Filed: March 18, 2021<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants WebGroup Czech Republic, a.s. ("WGCZ"); NKL Associates s.r.o. ("NKL"); WGCZ Limited, s.r.o.; NKL Associates, s.r.o.; Traffic F, s.r.o.; GTFlix TV, s.r.o.; FTCP, s.r.o.; HC Media, s.r.o.; and FBP Media s.r.o. (collectively, "Defendants") hereby request that the Court take judicial notice of the following documents:

A. XVideos' Online Content Control Notice, a true and correct copy of which is attached as **Exhibit A**.

B. XVideos' Online Content Reporting Form, a true and correct copy of which is attached as **Exhibit B**.

C. An October 23, 2020 Notice to Cease, Desist, Remove, and Preserve sent to WGCZ and NKL from Brian D. Kent, a true and correct copy of which is attached as **Exhibit C**.

The Court may take judicial notice of these documents under the incorporation-by-reference doctrine. When ruling on a Rule 12(b)(6) motion to dismiss, a court may look beyond the pleadings "at documents incorporated by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007). The incorporation-by-reference doctrine "treats certain documents as though they are part of the complaint itself." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). The "doctrine is designed to prevent artful pleading by plaintiffs." *Id.* at 1003. It "prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Id.* at 1002. The doctrine "applies with equal force to internet pages as it does to printed material." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005).

Plaintiff cites portions of the xvideos.com website throughout her Second Amended Complaint ("SAC") and includes screenshots from the website. SAC at 33-35. Attached as Exhibit A and Exhibit B are true and correct copies of pages from

1  xvideos.com.  Because Plaintiff's SAC relies on screenshots and quotes from the
2  website, the Court can consider these other portions of the website under the
3  incorporation-by-reference doctrine.  Indeed, in dismissing Plaintiff's First Amended
4  Complaint, the Court took judicial notice of Defendants' terms of service on this basis.
5  ECF No. 192 at 15  ("Defendants' terms of service explicitly prohibit CSAM.").

6        Similarly, the SAC cites to a "cease and desist letter sent in the Fall of 2020
7  identifying the videos [of Plaintiff] as illegal CSAM and depictions of Plaintiff's sex
8  trafficking."  SAC ¶ 196.  Because Plaintiff's SAC relies on the letter, the Court can
9  consider it under the incorporation-by-reference doctrine.  A true and correct copy of
10 the letter, with Plaintiff's identity redacted, is attached as Exhibit C.

11       For these reasons, Defendants respectfully request that the Court take judicial
12 notice of Exhibits A, B, and C.

14 DATED:  August 30, 2024            QUINN EMANUEL URQUHART &
15                                    SULLIVAN, LLP

16                                    By_____/s/ Michael E. Williams_____
17                                       Michael T. Zeller
                                         Michael E. Williams
18                                       Diane Cafferata
19                                       Dylan C. Bonfigli

20                                    *Attorneys for Defendants*