# EXHIBIT A

# X (https://www.xvideos.com/)

# CONTENT CONTROL

XVideos is committed to protecting children from any form of abuse and to fighting child sexual abuse material (CSAM) online and preventing our platforms from being used to spread this kind of content. The production, distribution, importation, reception, or possession of any image of child sexual abuse constitute serious crimes which are prohibited and severely prosecuted in the US, the EU and globally. For more information, see Citizen's Guide to Federal Law on Child Pornography (https://www.justice.gov/criminal/ceos/citizensguide/citizensguide_porn.html) https://www.gendarmerie.interieur.gouv.fr/nos-conseils/pour-les-particuliers/me-proteger-sur-internet/internet-sans-crainte (https://www.gendarmerie.interieur.gouv.fr/nos-conseils/pour-les-particuliers/me-proteger-sur-internet/internet-sans-crainte) ; https://www.internet-signalement.gouv.fr/PortailWeb/planets/Accueil!input.action (https://www.internet-signalement.gouv.fr/PortailWeb/planets/Accueil!input.action) ; https://www.poliziadistato.it/articolo/pedofilia (https://www.poliziadistato.it/articolo/pedofilia); https://www.bka.de/DE/UnsereAufgaben/Deliktsbereiche/Kinderpornografie/kinderpornografie_node.html (https://www.bka.de/DE/UnsereAufgaben/Deliktsbereiche/Kinderpornografie/kinderpornografie_node.html) ; https://www.kjm-online.de/ (https://www.kjm-online.de/) ; https://www.cps.gov.uk/legal-guidance/indecent-and-prohibited-images-children (https://www.cps.gov.uk/legal-guidance/indecent-and-prohibited-images-children)

**We do not tolerate videos depicting individuals under 18 years old, and will remove all such content when notified and report the matters to law enforcement.**

If you notice inappropriate content and suspect it depicts individuals who are underage, please report it and we will process that report immediately. You can report anonymously and in doing so we will not process any of your personal data when investigating unless you provide it.

To report such a video, click on the ABUSE REPORTING FORM button below the video player. Select "Child sexual abuse" or "Non-consensual sexual acts" as a reason and make sure to add additional information to help us process and verify the report so we can remove the material as quickly as possible. The more information you can provide us to identify and verify such illegal content, the more quickly we can remove and report it.

Please note that sending emails instead of using the form above will result in longer delays for content removal. Keep in mind we receive many emails, including those that do not contain sufficient information to allow us to take action.

**We do not want underage content. Do not upload any illegal content, including any content depicting underage individuals.**

XVideos invests heavily in fighting the online display and distribution of child sexual abuse material and non-consensual sexual acts, including by implementing monitoring measures and tools that allow the detection and removal of illegal images.
XVideos will report any conduct contrary to law to the appropriate authorities.

XVideos collaborates with international and national law enforcement authorities in its fight against child sexual abuse material or non-consensual sexual acts and has implemented a tool for preventing and combating the loading, display and dissemination of child sexual abuse material or non-consensual sexual acts. In addition to allowing authorities to download the video in question, this tool discloses information that includes the following:

- date of video upload;
- date of video cancellation:
- email of the uploader;
- IP address of the uploader;

Xvideos uses cookies. To know more, read our Privacy policy (https://info.xvideos.com/legal/privacy/).     X

- the port of the IP address;
- the video url;
- thumbnails of the video and for each url.

All reports of content involving minors are forwarded to law enforcement agencies of various countries, depending on the IP address of the uploader. Pedophile videos and videos of non-consensual sexual acts get special attention. You have been warned. DO NOT DO IT.

| IP of the uploader | Notice forwarded to |
|---|---|
| BRAZIL | Polícia Civil Do Distrito Federal, Portal da Polícia Federal, Precint Crime Suppression of IT |
| CZECH REPUBLIC | Národní centrála proti organizovanému zločinu<br>Odbor kybernetické kriminality |
| UK | The National Crime Agency's Child Exploitation and Online Protection command (NCA) |
| FRANCE | Police Nationale<br>Sous-direction de lutte contre la cybercriminalité<br>Office central de lutte contre la criminalité liée aux technologies de l'information et de la communication<br>and<br>Pôle Judiciaire de la Gendarmerie Nationale<br>STRJD – Division de lutte contre la cybercriminalité<br>Département de répression des atteintes aux mineurs sur Internet (RAMI)<br>Analyste CNAIP/ Enquêteur NTECH |
| GERMANY | Bundeskriminalamt (BKA) |
| ITALY | Polizia Postale e delle Comunicazioni |
| PERU | Policia Nacional del Perú, División de Investigación de Delitos de Alta Tecnologia |
| USA | Federal Bureau of Investigation (USA) |
| SWITZERLAND | KOBIK - Koordinationsstelle zur Bekämpfung der Internet-Kriminalität. |

If you work for a law enforcement agency at the national level for your country, or for an organization that coordinates efforts between countries, please contact us using the link below to obtain access to the data we might have regarding any uploads or other dissemination or display of CSAM or non-consensual sexual acts.

# **ABUSE REPORTING FORM (/takedown-amateur)**

Go back to **XVIDEOS.COM (HTTPS://WWW.XVIDEOS.COM)** - Go back to **XVIDEOS INFO PAGE (/)** - **CONTACT US (/CONTACT)**

Xvideos uses cookies. To know more, read our Privacy policy (https://info.xvideos.com/legal/privacy/). X