JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBGROUP CZECH REPUBLIC, a.s., et al.,<br><br>Defendants. | Case No. 2:21-cv-02428-SPG-SK<br><br>**JUDGMENT ORDER** |

# JUDGMENT

Based on Defendants' Notice of Motion to Dismiss Second Amended Complaint for Failure to State a Claim Pursuant to Rule 12(b)(2) (ECF No. 199), and the arguments and papers presented in support and opposition thereto, it is hereby ORDERED that:

For the reasons set forth in the Court's February 21, 2025, Order Granting Defendants' Motion to Dismiss Second Amended Complaint (ECF No. 205), all claims asserted by Plaintiff Jane Doe against Defendants WebGroup Czech Republic, a.s.; WGCZ Holding, a.s.; WGCZ Limited, s.r.o.; NKL Associates s.r.o.; Traffic F, s.r.o.; GTFlix TV, s.r.o.; FTCP, s.r.o.; HC Media, s.r.o.; and FBP Media s.r.o. (collectively, "Defendants") in Plaintiff's Second Amended Complaint (ECF No. 194) are DISMISSED WITH PREJUDICE, and JUDGMENT IS ENTERED against Plaintiff and in favor of Defendants.

IT IS SO ORDERED.

Dated: March 14, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE